IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ERNEST MEDINA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:16CV334 |
| | ) | |
| V. | ) | |
| | ) | |
| JOHN DOE, Chaplain, and JANE DOE, Director, | ) ) | **MEMORANDUM AND ORDER** |
| | ) | |
| Defendants. | ) ) | |

On October 13, 2016, the court ordered Plaintiff to file an amended complaint by November 14, 2016, or face dismissal of this action. (Filing No. 8.) To date, Plaintiff has not filed an amended complaint or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by a separate document.

DATED this 9th day of December, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge